*ZIMMER SPINE, INC. v. EBI, LLC and ADAM VERI*

**EXHIBIT 1**

**to**

# Complaint



# THE INVERNESS
## HOTEL AND CONFERENCE CENTER

200 Inverness Drive West · Englewood, CO 80112 · 303.799.5800 · invernesshotel.com

*Experience The Inverness Difference.*

TO: ZIMMER STEVE

FROM: FRANK WAINWRIGHT

COMPANY: ZIMMER

DATE: 10/18/2010

FAX: 952-837-6929

DIRECT FAX: 952-837-6929

PHONE:

DIRECT PHONE: 7

NUMBER OF PAGES: (Including Fax Cover Sheet) 3

NOTES/COMMENTS:

URGENT:

A distinctive experience provided by Destination Hotels & Resorts.

ASPEN · BOSTON · CHARLESTON · COLORADO SPRINGS · DENVER · JACKSON HOLE · LONDON (UK) · MAUI · NEW YORK · PALM COAST
PALM DESERT · PHOENIX · SAN DIEGO · SAN FRANCISCO · SNOWMASS VILLAGE · SUNRIVER · TEMPE · VAIL · WASHINGTON DC

*www.destinationhotels.com*



November 18, 2010


Delivered via Facsimile (952) 837-6929
and Federal Express


Zimmer Spine, Inc.
Attn: President
7375 Bush Lake Road
Minneapolis, MN 55439

     Re:    Notice of Termination of the Sales Representative Agreement between
               ProMedical, LLC (the "Company") and Zimmer Spine, Inc. ("Zimmer") effective
               as of January 1, 2009 (the "Agreement")

Dear Sir or Madam:

     This letter shall serve as official notice by the Company, pursuant to Section 28 of the
Agreement. Capitalized terms in this letter have the meaning set forth in the Agreement.

     The Company hereby terminates the Agreement for cause due to the failure of Zimmer to
develop, manufacture and sell Products of merchantable quality, which has resulted in recent
product failures and loss of customer confidence in Zimmer products. Alternatively, the
Company also hereby terminates the Agreement without cause effective February 17, 2011,
unless sooner terminated as agreed between the Company and Zimmer.

     The Company is fully prepared to comply with its obligations to provide transition
assistance upon termination as set forth in Section 32 of the Agreement. Please contact me
directly to make arrangements to facilitate the transition.


7304 South Alton Way Suite A, Centennial, Co 80112
303.779.0830 voice   303.779.0833 fax



November 18, 2010
Page 2


     Please acknowledge this notice of termination by signing this letter below where indicated for your signature and returning it to me as soon as possible.

                    Sincerely,

                    PRO MEDICAL, LLC


                    By:
                    Frank W. Wainright, Principal


cc:    Zimmer Spine, Inc.
       Attn: Legal Department
       7375 Bush Lake Road
       Minneapolis, MN  55439


Acknowledged and Agreed this ___ day of _____, 2010.

ZIMMER SPINE, INC.

By: _____
Name:
Title: