**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.   10-cv-03112-LTB-CBS

ZIMMER SPINE, INC.,

      Plaintiff,

v.

EBI, LLC (d/b/a Biomet Spine, Biomet Trauma, biomet Bracing, and Biomet Osteobiologics), and
ADAM VERI,

      Defendants.

___

**ORDER OF DISMISSAL**
___

THIS MATTER having come before the Court on the Stipulation of Dismissal With Prejudice (Doc 35 - filed March 21, 2012), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                                        BY THE COURT:

                                        s/Lewis T. Babcock
                                        Lewis T. Babcock, Judge

DATED:   March 22, 2012